HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FERNANDO LOPEZLENA,

                Plaintiff,

    v.

LITTON LOAN SERVICE, LP; OCWEN LOAN SERVICING, LLC,

                Defendants.

No. 12-cv-5313 RBL

Order

[Dkt. #1]

    Before the Court is Plaintiff Fernando Lopezlena's application to proceed *in forma pauperis*. [Dkt. #1]. For the reasons set forth below, the Court grants the application.

    A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, Plaintiff's application demonstrates income, but that income appears sufficiently offset by his dependents and debts to warrant granting the application. Thus, the Court **GRANTS** the application. [Dkt. #1].

Dated this 8th day of May 2011.

Ronald B. Leighton
United States District Judge